**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONNA BERVINCHAK,         :   No. 158 MAL 2020
                                                :
             Petitioner        :
                                                :   Petition for Allowance of Appeal
                                                :   from the Order of the
             v.                    :   Commonwealth Court
                                                   :
                                                   :
WILLIAM SPENCE, ROSEMARY      :
CHIAVETTA, JOSHUA BARRETT, MIKE   :
BURGER, AND JOHN KEIFFER,        :
                                                   :
             Respondents      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.